STATE v. FLEMING

No. 604P87.

Case below: 87 N.C. App. 426.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 3 February 1988.

STATE v. GRADY

No. 25P88.

Case below: 87 N.C. App. 427.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1988.

STATE v. HILL

No. 631P87.

Case below: 87 N.C. App. 510.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. KERLEY

No. 543P87.

Case below: 87 N.C. App. 240.

Temporary stay dissolved and petition by the Attorney General for writ of supersedeas denied 3 February 1988. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 3 February 1988. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. KNIGHT

No. 549P87.

Case below: 87 N.C. App. 125.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.